No. 97–8325. IN RE TURNER. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1071] denied.

No. 97–8862. IN RE BOUIE;

No. 97–8886. IN RE ROBINSON; and

No. 97–8931. IN RE BELL. Petitions for writs of habeas corpus denied.

No. 97–1472. HADDLE *v.* GARRISON ET AL. C. A. 11th Cir. Certiorari granted.

No. 97–1322. HOFFMAN ET AL. *v.* HUNT, GOVERNOR OF NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–1336. CHARLES *v.* CHARLES. Sup. Ct. Conn. Certiorari denied.

No. 97–1340. UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, AFL–CIO, CLC *v.* PERFORMANCE FRICTION CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–1344. BURGO *v.* GENERAL DYNAMICS CORP.; and

No. 97–1582. GENERAL DYNAMICS CORP. *v.* BURGO. C. A. 2d Cir. Certiorari denied. Reported below: 122 F. 3d 140.

No. 97–1354. BARNES *v.* LEVITT, CHAIRMAN, SECURITIES AND EXCHANGE COMMISSION. C. A. 5th Cir. Certiorari denied.